# Third District Court of Appeal

## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D23-2279
Lower Tribunal No. 19-5102

————————————

**Veronica Aguilar,**
Appellant,

vs.

**Melvin Ocana,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Thomas Neusom (Fort Lauderdale), for appellant.

Bravo Law and Gustavo A. Bravo (Weston), for appellee.

Before FERNANDEZ, LOBREE and BOKOR, JJ.

PER CURIAM.

Veronica Aguilar appeals the trial court's final judgment distributing funds resulting from the sale of real property. A trial court's judgment comes to the appellate court cloaked with a presumption of correctness. It is the duty of the appellant to provide a sufficient record, including a transcript of proceedings necessary to establish reversible error. In the absence of a sufficient record of the proceedings below, the appellate court is constrained to affirm the judgment on appeal. See Joseph v. Henry, 367 So. 3d 1280 (Fla. 3d DCA 2023); Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 1979).

Discerning no error on the face of the final judgment, we affirm.

Affirmed.